# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2813
LT Case No. 2013-CF-003232-A

_____

CHARLIE FRANKLIN FORD, III,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Charlie Franklin Ford, III, Bristol, pro se.

No Appearance for Appellee.

November 20, 2025

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____